UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MORTON, PATRICIA A | ) | CASE NO. 06-72269-MLB |
| MORTON, LUKE JR. | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on December 1, 2006. DANIEL M. DONAHUE was appointed Trustee on the January 4, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of February 17, 2009 is as follows:

    a.  RECEIPTS (See Exhibit C)    $ 17,205.59
    b.  DISBURSEMENTS (See Exhibit C)    $ 4,269.75
    c.  NET CASH available for distribution    $ 12,935.84
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation requested    $ 2,372.46
            (See Exhibit E)

2. Trustee Expenses (See Exhibit E)        $ 0.00
3. Compensation requested by
   attorney or other professionals
   for trustee (See Exhibit F)
   (a.)    MCGREEVY WILLIAMS            $5,375.00
           Attorney for Trustee Fees
   (b.)    MCGREEVY WILLIAMS            $131.57
           Attorney for Trustee
           Expenses

5. The Bar Date for filing unsecured claims expired on February 6, 2009.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $7,879.03 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $3,657.17 |
| f. | Surplus return to debtor | $981.04 |
| g. | Interest | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims plus 4.95% interest.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $2,372.46 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| McGreevy Williams<br>Attorney for Trustee | $0.00 | $5,375.00 | $131.57 |

9.   A fee of $100.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: 2/17/08

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL 61132-2903
(815) 639-3700
(815) 639-9400

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:     06-72269    MLB    Judge: MANUEL BARBOSA
Case Name:   MORTON, PATRICIA A
             MORTON, LUKE JR.
For Period Ending: 02/17/09

Trustee Name:                    DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 12/01/06 (f)
341(a) Meeting Date:             01/04/07
Claims Bar Date:                 02/06/09

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 255 Mason Court, Sycamore, IL | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Woodhaven, Somonauk, IL Property | 16,000.00 | 17,000.00 | | 17,000.00 | FA |
| 3. Bank Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Luke's Pension | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Patricia's Pension | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1989 Dodge Dakota | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 Toyota Avalon | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.59 | FA |
| TOTALS (Excluding Unknown Values) | $304,200.00 | $17,000.00 | | $17,002.59 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 03/01/08    Current Projected Date of Final Report (TFR): 03/01/08

LFORM1                                                                                                                 Ver: 14.21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-72269 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | | Bank Name: | BANK OF AMERICA, N.A. |
| | MORTON, LUKE JR. | | Account Number / CD #: | *******1075 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3163 | | | |
| For Period Ending: | 02/17/09 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP | 1110-003 | 17,000.00 | | 17,000.00 |
| * 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP incorrect deposit amount | 1110-003 | -17,000.00 | | 0.00 |
| 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP | 1110-000 | 12,919.18 | | 12,919.18 |
| | | RAYMOND AND SANDRA LEWIS | Memo Amount:    17,000.00 SALE PROCEEDS: REAL PROP | | | | |
| | | | Memo Amount: (   106.00 ) RECORDING FEES | 2500-000 | | | |
| | | LEE COUNTY TITLE | Memo Amount: (   68.00 ) TITLE COMPANY CHARGES | 2500-000 | | | |
| | | | Memo Amount: (   133.01 ) REAL ESTATE TAXES | 2820-000 | | | |
| | | | Memo Amount: (   15.00 ) WOODHAVEN LAKES PASSES | 2500-000 | | | |
| | | | Memo Amount: (   8.25 ) REVENUE STAMPS | 2820-000 | | | |
| | | WOODHAVEN LAKES | Memo Amount: (   1,700.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | AQUA ILLINOIS WATER | Memo Amount: (   274.50 ) WATER BILL | 2500-000 | | | |
| | | | Memo Amount: (   275.00 ) SURVEY COSTS | 2500-000 | | | |
| | | | Memo Amount: (   1,501.06 ) ASSOCIATION DUES | 2500-000 | | | |
| 10/10/08 | | WOODHAVEN LAKE REALTY, INC. | REFUND OF ESCROW - REAL ESTATE | 1110-000 | 203.00 | | 13,122.18 |
| 10/22/08 | 001000 | LEE COUNTY TREASURER 112 E. 2ND ST. P.O. BOX 328 DIXON, IL 61021 | 13-21-11-326-005 (MORTON - 2007) | 2820-000 | | 188.93 | 12,933.25 |
| 10/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.77 | | 12,934.02 |

| | | | Page Subtotals | | 13,122.95 | 188.93 | |

Page: 1

LFORM24                                                                                                                                    Ver: 14.21

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MORTON, PATRICIA A | Bank Name: | BANK OF AMERICA, N.A. |
| | MORTON, LUKE JR. | Account Number / CD #: | *******1075  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3163 | | |
| For Period Ending: | 02/17/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.06 | | 12,935.08 |
| 12/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 | | 12,935.73 |
| 01/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,935.84 |

| | Memo Allocation Receipts: | 17,000.00 | COLUMN TOTALS | | 13,124.77 | 188.93 | 12,935.84 |
| | Memo Allocation Disbursements: | 4,080.82 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,124.77 | 188.93 | |
| | Memo Allocation Net: | 12,919.18 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,124.77 | 188.93 | |

| | Total Allocation Receipts: | 17,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 4,080.82 | Money Market Account (Interest Earn - *******1075 | 13,124.77 | 188.93 | 12,935.84 |
| | Total Memo Allocation Net: | 12,919.18 | | 13,124.77 | 188.93 | 12,935.84 |

(Excludes Account Transfers) (Excludes Payments To Debtors)

Page Subtotals    1.82    0.00

Total Funds On Hand    0.00

LFORM24                                                                                                                                                                                                                                              Ver: 14.21

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MORTON, PATRICIA A<br>MORTON, LUKE JR. | CASE NO. 06-72269-MLB |
| Debtor(s). | HON. MANUEL BARBOSA |

**PROPOSED DISTRIBUTION REPORT**

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,879.03 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $3,657.17 |
| Interest (726(a)(5)): | $418.60 |
| Surplus to Debtor (726(a)(6)): | $981.04 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $12,935.84 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,879.03 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $2,372.46 | $2,372.46 |
| | McGreevy Williams Attorney for Trustee Fees | $5,375.00 | $5,375.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $131.57 | $131.57 |
| | **CLASS TOTALS** | **$7,879.03** | **$7,879.03** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 3,657.17 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Midwest Neurology General Unsecured 726 | $304.40 | $304.40 |
| 000002 | Target National Bank General Unsecured 726 | $326.95 | $326.95 |
| 000003 | Chase Bank USA, NA General Unsecured 726 | $471.20 | $471.20 |
| 000004 | Recovery Management Systems Corpora General Unsecured 726 | $407.88 | $407.88 |
| 000005 | LVNV Funding LLC Its Successors And General Unsecured 726 | $928.87 | $928.87 |
| 000006 | LVNV Funding LLC Successors And General Unsecured 726 | $1,217.87 | $1,217.87 |
| | **CLASS TOTALS** | **$3,657.17** | **$3,657.17** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 3,657.17 | 11.45 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Midwest Neurology General Unsecured 726 | $304.40 | $34.84 |
| 000002 | Target National Bank General Unsecured 726 | $326.95 | $37.42 |
| 000003 | Chase Bank USA, NA General Unsecured 726 | $471.20 | $53.93 |
| 000004 | Recovery Management Systems Corpora General Unsecured 726 | $407.88 | $46.69 |
| 000005 | LVNV Funding LLC Its Successors And General Unsecured 726 | $928.87 | $106.32 |
| 000006 | LVNV Funding LLC Its Successors And General Unsecured 726 | $1,217.87 | $139.40 |
| | **CLASS TOTALS** | **$3,657.17** | **$418.60** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 981.04 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Morton, Patricia A Surplus Funds Paid to Debtor  726 | $981.04 | $981.04 |
| | **CLASS TOTALS** | **$981.04** | **$981.04** |

| **18. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 2/17/09                                /s/ Daniel M. Donahue, Trustee

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| <u>Trustee's Attorney</u> | | | | |
| McGreevy Williams | *Fees* | $0.00 | $5,375.00 | $5,375.00 |
| | *Expenses* | $0.00 | $131.57 | $131.57 |
| <u>Trustee's Accountants</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| <u>Other Professionals</u> | | | | |
| Lori Erbes, Woodhaven Lakes Realty, Inc. | *Fees* | $1,700.00 | $0.00 | $1,700.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $1,700.00 | $5,375.00 | $7,075.00 |
| | *Expenses* | $0.00 | $131.57 | $131.57 |
| | | $1,700.00 | $5,506.57 | $7,206.57 |

**Exhibit G**