Case Name:   MORTON, PATRICIA A.
             MORTON, LUKE JR.
Case No:     06-72269

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 19, 2009        WILLIAM T. NEARY
                                       United States Trustee, Region 11

                            BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee