Case 06-72269    Doc 53    Filed 02/23/09    Entered 02/26/09 02:00:48    Desc Imaged
Certificate of Service    Page 1 of 4
Case 06-72269    Doc 49-1    Filed 02/20/09    Entered 02/20/09 08:08:01    Desc Notice
of Hearing    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MORTON, PATRICIA A | ) | CASE NO. 06-72269-MLB |
| MORTON, LUKE JR. | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL

    On: Monday, March 23, 2009        Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $17,205.59 |
    | Disbursements | $4,269.75 |
    | Net Cash Available for Distribution | $12,935.84 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $2,372.46 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $5,375.00 | $131.57 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

Case 06-72269    Doc 53    Filed 02/23/09    Entered 02/26/09 02:00:48    Desc Imaged
Certificate of Service    Page 2 of 4
Case 06-72269    Doc 49-1    Filed 02/20/09    Entered 02/20/09 08:08:01    Desc Notice
of Hearing    Page 2 of 3

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $3,657.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 111.4460% at the T-Bill rate of 4.9500%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Midwest Neurology | $304.40 | $339.24 |
| 2 | Target National Bank | $326.95 | $364.37 |
| 3 | Chase Bank USA, NA | $471.20 | $525.13 |
| 4 | Recovery Management Systems Corpora | $407.88 | $454.57 |
| 5 | LVNV Funding LLC Its Successors And | $928.87 | $1,035.19 |
| 6 | LVNV Funding LLC Its Successors And | $1,217.87 | $1,357.27 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $981.04 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | Morton, Patricia A | $981.04 | $981.04 |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have ~~not~~ been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 255 Mason Court, Sycamore, IL | $195,000.00 |

Case 06-72269    Doc 53    Filed 02/23/09    Entered 02/26/09 02:00:48    Desc Imaged
Certificate of Service    Page 3 of 4
Case 06-72269    Doc 49-1    Filed 02/20/09    Entered 02/20/09 08:08:01    Desc Notice
of Hearing    Page 3 of 3

| | |
|---|---:|
| Bank Account | $500.00 |
| Household goods and furnishings | $2,000.00 |
| Luke's Pension | $80,000.00 |
| Patricia's Pension | $500.00 |
| 1939 Dodge Dakota | $1,200.00 |
| 2000 Toyota Avalon | $9,000.00 |

Dated: February 17, 2009                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1           Date Rcvd: Feb 23, 2009
Case: 06-72269                Form ID: pdf002            Total Served: 29

The following entities were served by first class mail on Feb 25, 2009.
db/jdb          +Patricia A. Morton,    Luke Morton, Jr.,    255 Mason Court,    Syamore, IL 60178-1316
11040233         Anesthesia Associates,    6910 S. Madison,    Willowbrook, IL 60527-5504
11040234        +Aqua Illinois, Inc.,    1000 S. Schuyler Ave.,    Kankakee, IL 60901-5026
11040235        +Blain's Farm & Fleet,    Processing Center,    Des Moines, IA 50364-0001
11040232        +Charles Fierz,    Attorney,    134 W State St,    Sycamore, IL 60178-1472
12990206        +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11040236         Citizen's Automobile Finance, Inc.,    P.O. Box 42133,    Providence, RI 02940-2113
11040238         Kishwaukee Comminity Hospital,    P.O. Box 739,    Moline, IL 61266-0739
11040240        +Midwest Orthopaedic Institute,    2111 Midland Court,    Sycamore, IL 60178-3125
11040241        +Miwest Neurology,    3300 Commerce Drive,    DeKalb, IL 60115-8416
11040242        +Montgomery Ward,    P.O. Box 2843,    Monroe, WI 53566-8002
11040231        +Morton Luke  Jr,    255 Mason Court,    Syamore, IL 60178-1316
11040230        +Morton Patricia A,    255 Mason Court,    Syamore, IL 60178-1316
11040243        +National Loan Recovery,    2777 Summer St.,    Stanford, CT 06905-4333
11040244        +Novastar Mortgage,    P.O. Box 2900,    Shawnee Mission, KS 66201-1300
11040245        +Robert V. McQuinn %Atty. Richard Larson,    111 E. Elm St.,    Sycamore, IL 60178-1863
11040246         Sears,    P.O. Box 45129,    Jacksonville, FL 32232-5129
11040247        +Superior Ambulance,    P.O. Box 1407,    Elmhurst, IL 60126-8407
12950072        +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
11040249       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,    P.O.Box 5855,    Carol Stream, IL  60197)
11040248        +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
11040250        +Union Plus Credit Card,    P.O. Box 17051,    Baltimore, MD 21297-1051
11040252        +Wells Fargo Financial Bank,    P.O. Box 98751,    Las Vegas, NV 89193-8751
11040251         Wells Fargo Financial Bank,    P.O. Box 98798,    Las Vegas, NV 89193-8798
The following entities were served by electronic transmission on Feb 23, 2009.
11040237        +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2009 23:42:24      JC Penney,    P.O. Box 960001,
                  Orlando, FL 32896-0001
11040239        +E-mail/PDF: cr-bankruptcy@kohls.com Feb 23 2009 23:42:17      Kohl's,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
13488566         E-mail/Text: resurgentbknotifications@resurgent.com
                  LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13488568         E-mail/Text: resurgentbknotifications@resurgent.com
                  LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13003036        +E-mail/PDF: rmscedi@recoverycorp.com Feb 23 2009 23:42:36
                  Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
                  25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2009**                                **Signature:** _Joseph Speetjens_