# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | Case No. 06-72269 MLB |
| MORTON, PATRICIA A § | |
| MORTON, LUKE JR. § | |
| Debtor(s) § | |
| § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 288,200.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,075.96 | Claims Discharged Without Payment: 34,446.00 |
| Total Expenses of Administration: 12,148.78 | |

3) Total gross receipts of $ 17,205.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 981.04 (see **Exhibit 2**), yielded net receipts of $ 16,224.74 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 208,750.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 12,148.78 | 12,148.78 | 12,148.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 34,446.00 | 3,657.17 | 3,657.17 | 4,075.96 |
| **TOTAL DISBURSEMENTS** | $ 243,196.00 | $ 15,805.95 | $ 15,805.95 | $ 16,224.74 |

4) This case was originally filed under chapter 7 on 12/01/2006. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2009           By:/s/DANIEL M. DONAHUE
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 17,203.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.78 |
| TOTAL GROSS RECEIPTS | | $17,205.78 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LUKE AND PATRICIA MORTON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 981.04 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $981.04 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Novastar Mortgage<br>P.O. Box 2900<br>Shawnee Mission, KS 66201 | | 199,750.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Toyota Financial Services<br>P.O.Box 5855<br>Carol Stream, IL 60197 | | 9,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 208,750.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 2,372.46 | 2,372.46 | 2,372.46 |
| AQUA ILLINOIS WATER | 2500-000 | NA | 274.50 | 274.50 | 274.50 |
| ASSOCIATION DUES | 2500-000 | NA | 1,501.06 | 1,501.06 | 1,501.06 |
| LEE COUNTY TITLE | 2500-000 | NA | 68.00 | 68.00 | 68.00 |
| RECORDING FEES | 2500-000 | NA | 106.00 | 106.00 | 106.00 |
| SURVEY COSTS | 2500-000 | NA | 275.00 | 275.00 | 275.00 |
| WOODHAVEN LAKES PASSES | 2500-000 | NA | 15.00 | 15.00 | 15.00 |
| LEE COUNTY TREASURER | 2820-000 | NA | 188.93 | 188.93 | 188.93 |
| REAL ESTATE TAXES | 2820-000 | NA | 133.01 | 133.01 | 133.01 |
| REVENUE STAMPS | 2820-000 | NA | 8.25 | 8.25 | 8.25 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 5,375.00 | 5,375.00 | 5,375.00 |

UST Form 101-7-TDR (4/1/2009) (Page: 4)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | 3120-000 | NA | 131.57 | 131.57 | 131.57 |
| WOODHAVEN LAKES | 3510-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,148.78 | $ 12,148.78 | $ 12,148.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anesthesia Associates<br>6910 S. Madison<br>Willowbrook, IL 60527-5504 | | 80.00 | NA | NA | 0.00 |
| Aqua Illinois, Inc.<br>1000 S. Schuyler Ave.<br>Kankakee, IL 60901-0152 | | 486.00 | NA | NA | 0.00 |
| Blain's Farm & Fleet<br>Processing Center<br>Des Moines, IA 50364 | | 490.00 | NA | NA | 0.00 |
| Citizen's Automobile Finance, Inc.<br>P.O. Box 42133<br>Providence, RI 02940-2113 | | 5,000.00 | NA | NA | 0.00 |
| JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896 | | 408.00 | NA | NA | 0.00 |
| Kishwaukee Comminity Hospital<br>P.O. Box 739<br>Moline, IL 61266-0739 | | 7,221.00 | NA | NA | 0.00 |
| Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201 | | 471.00 | NA | NA | 0.00 |
| Midwest Orthopaedic Institute<br>2111 Midland Court<br>Sycamore, IL 60178 | | 353.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miwest Neurology<br>3300 Commerce Drive<br>DeKalb, IL 60115 | | 304.00 | NA | NA | 0.00 |
| Montgomery Ward<br>P.O. Box 2843<br>Monroe, WI 50566 | | 544.00 | NA | NA | 0.00 |
| National Loan Recovery<br>2777 Summer St.<br>Stanford, CT 06905 | | 591.00 | NA | NA | 0.00 |
| Robert V. McQuinn %Atty. Richard Larson<br>111 E. Elm St.<br>Sycamore, IL 60178 | | 2,500.00 | NA | NA | 0.00 |
| Sears<br>P.O. Box 45129<br>Jacksonville, FL 32232-5129 | | 620.00 | NA | NA | 0.00 |
| Sears<br>P.O. Box 45129<br>Jacksonville, FL 32232-5129 | | 1,244.00 | NA | NA | 0.00 |
| Superior Ambulance<br>P.O. Box 1407<br>Elmhurst, IL 60126 | | 911.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459 | | 295.00 | NA | NA | 0.00 |
| Union Plus Credit Card<br>P.O. Box 17051<br>Baltimore, MD 21297 | | 8,007.00 | NA | NA | 0.00 |
| Wells Fargo Financial Bank<br>P.O. Box 98751<br>Las Vegas, NV 89193 | | 3,617.00 | NA | NA | 0.00 |
| Wells Fargo Financial Bank<br>P.O. Box 98798<br>Las Vegas, NV 89193-8798 | | 1,304.00 | NA | NA | 0.00 |
| CHASE BANK USA,N.A | 7100-000 | NA | 471.20 | 471.20 | 471.20 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 1,217.87 | 1,217.87 | 1,217.87 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 928.87 | 928.87 | 928.87 |
| MIDWEST NEUROLOGY | 7100-000 | NA | 304.40 | 304.40 | 304.40 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 407.88 | 407.88 | 407.88 |
| TARGET NATIONAL BANK | 7100-000 | NA | 326.95 | 326.95 | 326.95 |
| CHASE BANK USA,N.A | 7990-000 | NA | NA | NA | 53.96 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7990-000 | NA | NA | NA | 106.36 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7990-000 | NA | NA | NA | 139.46 |
| MIDWEST NEUROLOGY | 7990-000 | NA | NA | NA | 34.86 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7990-000 | NA | NA | NA | 46.71 |
| TARGET NATIONAL BANK | 7990-000 | NA | NA | NA | 37.44 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 34,446.00 | $ 3,657.17 | $ 3,657.17 | $ 4,075.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-72269   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | Date Filed (f) or Converted (c): | 12/01/06 (f) |
|  | MORTON, LUKE JR. | 341(a) Meeting Date: | 01/04/07 |
| For Period Ending: | 05/13/09 | Claims Bar Date: | 02/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 255 Mason Court, Sycamore, IL | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Woodhaven, Somonauk, IL Property | 16,000.00 | 17,000.00 |  | 17,000.00 | FA |
| 3. Bank Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Luke's Pension | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Patricia's Pension | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1989 Dodge Dakota | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 Toyota Avalon | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 2.78 | FA |

TOTALS (Excluding Unknown Values)   $304,200.00   $17,000.00      $17,002.78

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report has been filed.

Initial Projected Date of Final Report (TFR): 03/01/08    Current Projected Date of Final Report (TFR): 03/01/08

LFORM1
UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

Ver: 14.31a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | Bank Name: | BANK OF AMERICA, N.A. |
| | MORTON, LUKE JR | Account Number / CD #: | *******1075 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3163 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP | 1110-003 | 17,000.00 | | 17,000.00 |
| * 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP | 1110-003 | -17,000.00 | | 0.00 |
| | | | incorrect deposit amount | | | | |
| 10/06/08 | 2 | WOODHAVEN LAKE REALTY, INC. | SALE PROCEEDS: REAL PROP | | 12,919.18 | | 12,919.18 |
| | | RAYMOND AND SANDRA LEWIS | Memo Amount:     17,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | | Memo Amount:   (    106.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | LEE COUNTY TITLE | Memo Amount:   (    68.00 ) | 2500-000 | | | |
| | | | TITLE COMPANY CHARGES | | | | |
| | | | Memo Amount:   (    133.01 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | | Memo Amount:   (    15.00 ) | 2500-000 | | | |
| | | | WOODHAVEN LAKES PASSES | | | | |
| | | | Memo Amount:   (    8.25 ) | 2820-000 | | | |
| | | | REVENUE STAMPS | | | | |
| | | WOODHAVEN LAKES | Memo Amount:   (    1,700.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | AQUA ILLINOIS WATER | Memo Amount:   (    274.50 ) | 2500-000 | | | |
| | | | WATER BILL | | | | |
| | | | Memo Amount:   (    275.00 ) | 2500-000 | | | |
| | | | SURVEY COSTS | | | | |
| | | | Memo Amount:   (    1,501.06 ) | 2500-000 | | | |
| | | | ASSOCIATION DUES | | | | |
| 10/10/08 | | WOODHAVEN LAKE REALTY, INC. | REFUND OF ESCROW - REAL ESTATE | 1110-000 | 203.00 | | 13,122.18 |
| 10/22/08 | 001000 | LEE COUNTY TREASURER | 13-21-11-326-005 (MORTON - 2007) | 2820-000 | | 188.93 | 12,933.25 |
| | | 112 E. 2ND ST. | | | | | |
| | | P.O. BOX 328 | | | | | |

Page Subtotals     13,122.18     188.93

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | Bank Name: | BANK OF AMERICA, N.A. |
|  | MORTON, LUKE JR. | Account Number / CD #: | *******1075 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3163 |  |  |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | DIXON, IL 61021 |  |  |  |  |  |
| 10/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.77 |  | 12,934.02 |
| 11/28/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.06 |  | 12,935.08 |
| 12/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 |  | 12,935.73 |
| 01/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 |  | 12,935.84 |
| 02/27/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 |  | 12,935.94 |
| 03/24/09 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 |  | 12,936.03 |
| 03/24/09 |  | Transfer to Acct #*******1334 | Final Posting Transfer | 9999-000 |  | 12,936.03 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 17,000.00 | COLUMN TOTALS | 13,124.96 | 13,124.96 | 0.00 |
| Memo Allocation Disbursements: | 4,080.82 | Less: Bank Transfers/CD's | 0.00 | 12,936.03 | |
|  |  | Subtotal | 13,124.96 | 188.93 | |
| Memo Allocation Net: | 12,919.18 | Less: Payments to Debtors |  | 0.00 | |
|  |  | Net | 13,124.96 | 188.93 | |

Page Subtotals    2.78    12,936.03

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 12)

FORM 2  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A / MORTON, LUKE JR. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******3163 | Account Number / CD #: | *******1334 GENERAL CHECKING |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/09 | | Transfer from Acct #*******1075 | Transfer In From MMA Account | 9999-000 | 12,936.03 | | 12,936.03 |
| 03/25/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 2,372.46 | 10,563.57 |
| 03/25/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,375.00 | 5,188.57 |
| 03/25/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 131.57 | 5,057.00 |
| 03/25/09 | 000103 | Midwest Neurology 181 S Lincolnway North Aurora, IL 60542 | Claim 000001, Payment 111.5% | | | 339.26 | 4,717.74 |
| | | | Claim         304.40 | 7100-000 | | | 4,717.74 |
| | | | Interest      34.86 | 7990-000 | | | 4,717.74 |
| 03/25/09 | 000104 | TARGET NATIONAL BANK c/o WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000002, Payment 111.5% | | | 364.39 | 4,353.35 |
| | | | Claim         326.95 | 7100-000 | | | 4,353.35 |
| | | | Interest      37.44 | 7990-000 | | | 4,353.35 |
| 03/25/09 | 000105 | Chase Bank USA, N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Claim 000003, Payment 111.5% | | | 525.16 | 3,828.19 |
| | | | Claim         471.20 | 7100-000 | | | 3,828.19 |
| | | | Interest      53.96 | 7990-000 | | | 3,828.19 |
| 03/25/09 | 000106 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000004, Payment 111.5% | | | 454.59 | 3,373.60 |

Page Subtotals        12,936.03        9,562.43

Ver: 14.31a

LFORM24  
UST Form 101-7-TDR (4/1/2009) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | Bank Name: | BANK OF AMERICA, N.A. |
| | MORTON, LUKE JR. | Account Number / CD #: | *******1334 GENERAL CHECKING |
| Taxpayer ID No: | *******3163 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim          407.88 | 7100-000 | | | 3,373.60 |
| | | | Interest        46.71 | 7990-000 | | | 3,373.60 |
| 03/25/09 | 000107 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000005, Payment 111.5% | | | 1,035.23 | 2,338.37 |
| | | | Claim          928.87 | 7100-000 | | | 2,338.37 |
| | | | Interest       106.36 | 7990-000 | | | 2,338.37 |
| 03/25/09 | 000108 | LVNV Funding LLC its successors and assigns as assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 111.5% | | | 1,357.33 | 981.04 |
| | | | Claim        1,217.87 | 7100-000 | | | 981.04 |
| | | | Interest       139.46 | 7990-000 | | | 981.04 |
| * 03/25/09 | 000109 | PATRICIA A MORTON<br>255 MASON CT<br>SYCAMORE, IL 60178-1316 | Surplus Funds | 8200-003 | | 981.04 | 0.00 |
| * 03/25/09 | 000109 | PATRICIA A MORTON<br>255 MASON CT<br>SYCAMORE, IL 60178-1316 | Surplus Funds<br>CHECK S/B ISSUED TO PATRICIA AND LUKE | 8200-003 | | -981.04 | 981.04 |
| 03/25/09 | 000110 | LUKE AND PATRICIA MORTON<br>255 MASON CT<br>SYCAMORE, IL 60178-1316 | Final disbursement | 8200-002 | | 981.04 | 0.00 |

Page Subtotals        0.00        3,373.60

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 06-72269 -MLB | Trustee Name: | DANIEL M DONAHUE |
|---|---|---|---|
| Case Name: | MORTON, PATRICIA A | Bank Name: | BANK OF AMERICA, N.A. |
| | MORTON, LUKE JR. | Account Number / CD #: | *******1334 GENERAL CHECKING |
| Taxpayer ID No: | *******3163 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 12,936.03 | 12,936.03 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 12,936.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,936.03 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 981.04 | |
| | | | Net | | 0.00 | 11,954.99 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: 17,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: 4,080.82 | Money Market Account (Interest Earn - ********1075 | | 13,124.96 | 188.93 | 0.00 |
| | | | GENERAL CHECKING - ********1334 | | 0.00 | 11,954.99 | 0.00 |
| | | Total Memo Allocation Net: 12,919.18 | | | 13,124.96 | 12,143.92 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 15)

Ver: 14.31a

**Bank of America**

```
CUSTOMER CONNECTION                    Account Number       4429751334
BANK OF AMERICA, N.A.                  01 01 148 06 M0000 E#          5
DALLAS, TEXAS  75283-2406              Last Statement:      03/31/2009
                                       This Statement:      04/30/2009


                                       Customer Service
                                       1-877-757-8233
ESTATE OF
MORTON, PATRICIA A, DEBTOR
MORTON, LUKE JR., DEBTOR               Page       1 of     2
DANIEL M. DONAHUE - TRUSTEE
06-72269                               Bankruptcy Case Number:0672269
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 04/01/2009 - 04/30/2009   Statement Beginning Balance        3,550.80
Number of Deposits/Credits          0      Amount of Deposits/Credits              .00
Number of Checks                    5      Amount of Checks                   3,550.80
Number of Other Debits              0      Amount of Other Debits                  .00
                                           Statement Ending Balance                .00
Number of Enclosures                5
                                           Service Charge                          .00
```

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 103 | 339.26 | 04/02 | 8520830807 | 107 | 1,035.23 | 04/06 | 6492882353 |
| 104 | 364.39 | 04/01 | 8292204690 | 108 | 1,357.33 | 04/06 | 6492882352 |
| 106* | 454.59 | 04/01 | 7592580484 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 3,550.80 | 3,550.80 | 04/06 | .00 | .00 |
| 04/01 | 2,731.82 | 2,731.82 | 04/30 | .00 | .00 |
| 04/02 | 2,392.56 | 2,392.56 | | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.